1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11   RANDALL ALLEN, an individual,          Case No. 2:15-cv-08465-SJO-RAO

12              Plaintiff,                   **JUDGMENT**

13   v.

14   RAYTHEON COMPANY, a Delaware
     Corporation doing business in
15   California,

16              Defendant.

17

18        Pursuant to the Court's September 6, 2016 Minute Order granting the Motion

19   for Summary Judgment filed by Defendant Raytheon Company ("Defendant"),

20   which granted summary judgment to Defendant on all claims asserted by Plaintiff

21   Randall Allen ("Plaintiff"),

22        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant

23   shall have judgment in its favor against Plaintiff and Plaintiff shall take nothing by

24   his action.

25        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that

26   Defendant shall have its costs of suit.

27   Dated:   September 22, 2016

     S. James Otero
     _____
     S. JAMES OTERO
28   UNITED STATES DISTRICT JUDGE